**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

_____

| | |
|---|---|
| Datalink Corporation, | Case No.: 13-CV-02978-SRN-JJG |
| Plaintiff, | **DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TRANSFER VENUE** |
| Perkins Eastman Architects, P.C., | |
| Defendant. | |

_____

According to Rule 12 of the Federal Rules of Civil Procedure, Perkins Eastman Architects, P.C. ("Perkins Eastman"), respectfully requests that the Court dismiss Plaintiff's Complaint for insufficient service of process and lack of personal jurisdiction. Alternatively, Perkins Eastman requests that the Court transfer venue to the United States District Court for the Southern District of New York.

Respectfully submitted,

**FOLEY & MANSFIELD, PLLP**

Dated  November 6, 2013.  By: */s/ Douglas J. McIntyre*

Douglas J. McIntyre, Esq. (#212027)
Kyle A. Eidsness, Esq. (#0392160)
250 Marquette Avenue
Suite 1200
Minneapolis, MN  55401
Telephone:   (612) 338-8788

**ATTORNEYS FOR DEFENDANT**